AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, First name, Middle initial)<br><br>ROTH, JANE R | 2. Court or Organization<br><br>THIRD CIRCUIT | 3. Date of Report<br><br>8/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ⊙ Annual   ● Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>844 King Street, Lock Box 12<br><br>U.S. Courthouse<br><br>Wilmington, DE 19801 | 8. On the basis of the information contained in this report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Consultors | Villanova Univ. School of Law |
| 2. | Board of Overseers | Widener Univ. School of Law |
| 3. | Director | World Affairs Council of Wilmington |
| 4. | Director | Foundation for Research on Economics and the Environment |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 AUG 17 A 11: 12 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-invest ent income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.   FREE | July 6-11 - Boseman, MT, Conference Transportation, Meals, Room |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo (Mortgage formerly held by Wilmington Trust Co.) | Mortgage, Seeley Lake, MT | N |

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Wilmington Trust Money Market Acct. | A | Interest | L | T | | | | | |
| 2.  Wilmington Trust Checking Acct | A | Interest | K | T | | | | | |
| 3.  TRUST WITH WILM. TRUST | | | | | | | | | |
| 4.  BP PLC | A | Dividend | K | T | | | | | |
| 5.  Exxon Common Stock | B | Dividend | L | T | | | | | |
| 6.  Johnson & Johnson Common | C | Dividend | M | T | | | | | |
| 7.  Schering-Plough Common | A | Dividend | L | T | | | | | |
| 8.  Pepsico Common Stock | C | Dividend | M | T | | | | | |
| 9.  Proctor & Gamble Common | B | Dividend | M | T | | | | | |
| 10.  Minnesota M&M Common | B | Dividend | L | T | | | | | |
| 11.  Hewlett-Packard Common | B | Dividend | L | T | | | | | |
| 12.  Air Prod & Chem Common | C | Dividend | M | T | | | | | |
| 13.  Wilm Trust Corp Common | C | Dividend | M | T | | | N | G | |
| 14.  WTC Common Funds | D | Dividend | O | T | | | | | |
| 15.  Wilm. Prime Money Market | A | Interest | J | T | | | | | |
| 16.  ██████ Trust | | | | | | | | | |
| 17.  Municipal Bond Fund | B | Interest | K | T | | | | | |
| 18.  Wilm Trust Corp. Common | D | Dividend | N | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P3 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROTH, JANE R | 8/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. WTC Common Funds | A | Dividend | K | T | | | | | |
| 20. Wilm Prime Money Market | A | Interest | J | T | | | | | |
| 21. IRA - WITC Retirement Certificate | A | Interest | K | T | | | | | |
| 22. Wilm Trust Cap Advantage Acct | A | Interest | K | T | | | | | |
| 23. Wilm Trust IRA | | | | | | | | | |
| 24. Scudder Fund, Managed Cash | A | Interest | K | T | | | | | |
| 25. Fidelity Equity Fund Real Estate | B | Interest | M | T | | | | | |
| 26. WT Mutual Fund - Small Cap | | None | L | T | | | | | |
| 27. T Rowe Price High Yield Fund | D | Interest | M | T | | | | | |
| 28. Guidance Cap Blue T.E. Fund | | None | N | T | | | | | |
| 29. IShares Trust Lehman Fund | B | Interest | K | T | Bought | 12/29 | | | |
| 30. Pimco Real Return Strategy Fund | D | Interest | M | T | Bought | 12/8 | | | |
| 31. Wilm Trust Internat'l Strategic Fund | B | Interest | M | T | Bought | 12/8 | | | |
| 32. Wilm Trust Mutual Fund - Midcap | A | Interest | M | T | Bought | 12/8 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

ROTH, JANE R

Date of Report

8/10/2005

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Date _Aug. 10, 2005_

NOTE: A▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544